UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GARY ALBERT PADRO,

    Petitioner,

v.                                                    Case No. 2:07-cv-240
                                                       HON. R. ALLAN EDGAR

LINDA M. METRISH,

    Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

      THEREFORE, IT IS ORDERED that:

      1.    The Report and Recommendation of the Magistrate Judge (Docket #8) is approved and adopted as the opinion of the Court.

      2.    The petition for writ of habeas corpus is DISMISSED.

      3.    A certificate of appealability is DENIED as to each issue raised by the petitioner in this application for habeas corpus relief because petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated:    April 14, 2008                                */s/ R. Allan Edgar*
                                                                  R. ALLAN EDGAR
                                                                  UNITED STATES DISTRICT JUDGE